UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JORDAN MICHAEL CRALL,

    Plaintiff,

v.                                                          Case No. 2:18-cv-10043
                                                          Hon. Mark A. Goldsmith

UNITED STATES OF AMERICA,

    Defendant.
_____/

**OPINION AND ORDER OF SUMMARY DISMISSAL WITHOUT PREJUDICE**

This is a civil action brought by Jordan Michael Crall, a state prisoner incarcerated at the Ionia Maximum Correctional Facility. On January 10, 2018, the Court issued an order to correct Plaintiff's filing deficiency because Plaintiff did not submit the filing fee or a properly completed and supported application for leave to file in forma pauperis. Dkt. 3. Plaintiff was given until February 9, 2018, to correct the filing deficiency or face dismissal of his action. Plaintiff filed a cryptic letter response to the order, apparently asserting that he does not want to proceed with the lawsuit as he has other cases pending in the Western District of Michigan. In any event, Plaintiff has not complied with the order.

Accordingly, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for want of prosecution. See Fed. R. Civ. P. 41(b), *Erby v. Kula*, 113 Fed. Appx. 74, 75-6 (6th Cir. 2004); *Davis v. United States*, 73 Fed. Appx. 804, 805 (6th Cir. 2003).

    **SO ORDERED.**

Dated: March 5, 2018                      s/Mark A. Goldsmith
Detroit, Michigan                       MARK A. GOLDSMITH
                                      United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 5, 2018.

                                            s/Karri Sandusky
                                            Case Manager